UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICENTE ZAVALA,<br><br>    Plaintiff,<br><br>    v.<br><br>HAWARD CAMARENA,<br><br>    Defendant. | Case No. 17-CV-00980-LHK<br><br>**ORDER STAYING CASE** |

On February 24, 2017, Vicente Zavala ("Zavala") filed in this Court a notice of appeal from Bankruptcy Court. ECF No. 1. On April 3, 2017, Zavala notified the Court that he intends to file a petition for permission to appeal the order of the Bankruptcy Court directly to the United States Court of Appeals for the Ninth Circuit. ECF No. 4. Therefore, in the interest of judicial economy, the Court hereby STAYS the instant case until the Ninth Circuit Court of Appeals rules on Zavala's petition for permission to appeal. *See* 28 U.S.C. § 158(d)(2)(D) ("An appeal under this paragraph does not stay any proceeding of the bankruptcy court, the district court, or the bankruptcy appellate panel from which the appeal is taken, unless the respective bankruptcy court, district court, or bankruptcy appellate panel, or the court of appeals in which the appeal is pending, issues a stay of such proceeding pending the appeal.").

1

Case No. 17-CV-00980-LHK
ORDER STAYING CASE

The parties shall file within one business day any ruling of the Ninth Circuit on Zavala's petition for permission to appeal. The parties also shall file a joint status report regarding the status of the case by August 10, 2017.

The Clerk shall administratively close the case file. This administrative closure does not affect the rights of the parties and is purely for internal court administration purposes.

**IT IS SO ORDERED.**

Dated: April 10, 2017

*Lucy H. Koh*
LUCY H. KOH
United States District Judge